UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIGUEL ANGEL AQUINO,

                        Plaintiff,

          -against-

ZOCCOLA LLC, et al.,

                      Defendants.
------------------------------------------------------------X

23 Civ. 8118 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated September 18, 2023, required the parties to file a proposed case management plan and joint letter by October 25, 2023;

WHEREAS, the initial pretrial conference is currently scheduled for November 1, 2023, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **October 30, 2023**.

Dated: October 27, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**