UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                            :
MIGUEL ANGEL AQUINO,                                        :
                                        Plaintiff,          :
                                                            :               23 Civ. 8118 (LGS)
                    -against-                               :
                                                            :               ORDER
ZOCCOLA LLC, et al.,                                        :
                                        Defendants.  :
                                                            :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated October 27, 2023, required the parties to file a proposed case

management plan and joint letter by October 30, 2023;

       WHEREAS, the initial pretrial conference is currently scheduled for November 1, 2023,

at 4:00 P.M.;

       WHEREAS, the parties filed a proposed case management plan but failed to file the joint

letter.  It is hereby

       **ORDERED** the parties shall file a joint letter as soon as possible and no later than

**October 31, 2023**.


Dated:  October 30, 2023
        New York, New York

                                                            LORNA G. SCHOFIELD
                                                            UNITED STATES DISTRICT JUDGE