UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
MIGUEL ANGEL AQUINO,                          :
                Plaintiff,          :
:  23 Civ. 8118 (LGS)
-against-                           :
:       ORDER
:
ZOCCOLA LLC, et al.,                          :
                Defendants.         :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for November 1, 2023;

    WHEREAS, in their proposed case management plan, the parties consent to conducting all proceedings before Magistrate Judge Aaron.  It is hereby

    **ORDERED** that the November 1, 2023, initial pretrial conference is **CANCELED**.  It is further

    **ORDERED** that by **November 3, 2023**, the counsel for the parties both shall complete, execute and file the form necessary to proceed before a Magistrate Judge, which can be found at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.  It is further

    **ORDERED**, regarding settlement discussions, the parties' request for a referral to mediation is **GRANTED**.  The mediation referral will issue in a separate order.

Dated: November 1, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE