USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/08/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Miguel Angel Aquino,

                                Plaintiff,

-against-

Zoccola LLC d/b/a Tavola and Nick Accardi,

                                Defendants.

1:23-cv-08118 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    This case contains one or more claims arising under the Fair Labor Standards Act. An agreement was reached by the parties at a mediation conference on December 6, 2023. (ECF No. 17.) On November 2, 2023, the parties consented to have all proceedings held before me. (ECF No. 15.) In light of the requirements of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the parties must file a joint letter or motion that addresses whether the settlement is fair and reasonable.

    Any such letter or motion shall be filed by Monday, February 6, 2024, and should address the claims and defenses, the defendants' potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiffs' case and the defendants' defenses, any other factors that justify the discrepancy between the potential value of plaintiffs' claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

    The joint letter or motion should also explain the attorney fee arrangement, attach a copy of the retainer agreement, and provide information as to actual attorney's hours expended and

the relevant experience of the attorney(s). Finally, a copy of the settlement agreement itself must accompany the joint letter or motion.

**SO ORDERED.**

Dated:    New York, New York
             December 8, 2023

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge