```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Miguel Angel Aquino,

                Plaintiff,

-against-

Zoccola LLC d/b/a Tavola and Accardi,

                Defendants.

1:23-cv-08118 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This case contains claims under the Fair Labor Standards Act. (*See* Compl., ECF No. 1.) On November 2, 2023, an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (Consent, ECF No. 15.) An agreement was reached by the parties at a mediation conference on December 6, 2023. (Mediator Report, ECF No. 17.)

On January 9, 2024, the parties submitted a proposed settlement agreement and related papers, seeking Court approval of the parties' agreement to settle Plaintiff's FLSA claims. (Joint Ltr. for Settl. Approval, ECF No. 22; Proposed Settl. Agmt, ECF No. 22-1.)

Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. The settlement is approved. Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement. The Clerk is requested to close the case.

**SO ORDERED.**

Dated:    New York, New York
            January 11, 2024

                                                          */s/ Stewart D. Aaron*
                                                          _____
                                                          STEWART D. AARON
                                                          United States Magistrate Judge